# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **26−13359 − DER** Chapter: **7**

**Felecia Roshannett Johnson**
Debtor

## NOTICE OF REQUIREMENT TO FILE CERTIFICATE OF COMPLETION OF THE PERSONAL FINANCIAL MANAGEMENT COURSE

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in Personal Financial Management and file the Personal Financial Management Course Certificate **unless an approved provider has notified the Court that a debtor has completed the course.**

The Personal Financial Management Course Certificate certifies that an individual debtor or joint debtors have completed an instructional course in personal financial management from an approved personal financial management provider. It is required to be filed pursuant to Federal Rules of Bankruptcy Procedures, Rule 1007(b)(7). The Financial Management Course is obtained after the bankruptcy petition is filed.

If the debtor does not file the Personal Financial Management Course Certificate by the due date stated on this notice or the Court has not been notified by an approved provider that the debtor has completed the course, **the case will be closed without a discharge**. The debtor will have to file a motion to reopen the case to allow for the filing of the Personal Financial Management Course Certificate. The debtor must pay the full filing fee for such motion.

Information on the Personal Financial Management Course can be found on the U.S. Trustee Program web site: http://www.usdoj.gov/ust/eo/bapcpa/ccde/de_approved.htm

Please note, the Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Personal Financial Management Course Certificate is a separate filing requirement.

Dated: 4/1/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
Team Phone: 410−962−0794

Form definmgt (12/2024)