In the US Bankruptcy Court for Maryland
Baltimore Division

In re:
Johnson, Felecia Roshanette

Case No.:26-13359

Chapter 7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of debtor's amended schedules A/B, C, D, and I and debtor's amended Statement of Financial Affairs were sent on June 26, 2026, to the case trustee by electronic means.

/s/
E. Christopher Amos
Bar No. 17614
1014 W. 36th St.
Ste. 507
Baltimore, MD 21211
240-676-6813
410-381-8001 fax
echrisamos@gmail.com