**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **26−13359 − DER** Chapter: **7**

**Felecia Roshannett Johnson**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 28 − Amended Schedules filed: Schedule AB, Schedule C, Schedule D, Schedule I, on Behalf of Felecia Roshannett Johnson . Fee Amount $34 Filed by E. Christopher Amos. (Amos, E.)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 7/9/26.**

CURE: A Certificate of Service on the Notice of Meeting of Creditors must be filed. (Local Bankruptcy Rule 1009−1(a)−(c))

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements. Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 6/25/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410−962−4255

cc: Debtor
Attorney for Debtor − E. Christopher Amos

defntc (rev. 09/01/2025)