In the US Bankruptcy Court for Maryland
Baltimore Division

In re:
Johnson,
Felecia Roshanette

Case No.: 26-13359

Chapter 7

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of debtor's Notice of Meeting of Creditors was on June 27, 2026, to the case trustee by electronic means, and to the following creditor by first-class mail, postage prepaid.

The Point at Carroll Island Homeowners Association, Inc.
c/o McMullen & Drury, PA
1504 E. Joppa Rd.
Towson, MD 21286

/s/
E. Christopher Amos
Bar No. 17614
1014 W. 36th St.
Ste. 507
Baltimore, MD 21211
240-676-6813
410-381-8001 fax
echrisamos@gmail.com