**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| IN RE: | Case No. 26-13359 |
| FELECIA ROSHANNETT JOHNSON,<br>Debtor | Chapter 7 |

LAKEVIEW LOAN SERVICING, LLC
Movant

v.

FELECIA ROSHANNETT JOHNSON
Debtor/Respondent

and
CRAIG B. LEAVERS
Trustee/Respondent

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING THEREON**

Lakeview Loan Servicing, LLC ("Movant") has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclose on the property located at:

**4137 Cutty Sark Rd, Middle River, MD 21220**

Your rights may be affected. You should read these pleadings carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion for from automatic stay, or if you want the court to consider your views on the motion, then by:

**08/04/2026**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Eric VandeLinde
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852

E. Christopher Amos
1014 W. 36th St.,
Ste. 507
Baltimore, MD 21211
echrisamos@gmail.com

Craig B. Leavers
P.O. Box 306
Cockeysville, MD 21030
craig@leaverslaw.com

Felecia R Johnson
1014 W. 36Th St.
Baltimore, MD 21211

If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

**The hearing is scheduled for August 24, 2026, at 1:30 PM, in Courtroom 9-D, in United States Bankruptcy Court, 101 West Lombard Street Suite 8308 Baltimore, MD 21201.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: July 21, 2026

Respectfully Submitted,
Aldridge Pite, LLP

*/s/ Eric VandeLinde*
Eric VandeLinde , Esq.
MD Fed. Bar No. 21205
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852
Phone: (301) 961-6555
Facsimile: (301) 961-6545
EVandeLinde@aldridgepite.com
*Attorney for the Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Motion for Relief from Automatic Stay, and Hearing Thereon will be served electronically by the Court's CM/ECF system on the following:

Craig B. Leavers, Trustee

E. Christopher Amos, Attorney

I hereby further certify that on this 21st day of July, 2026, a copy of the foregoing Notice of Motion for Relief from Automatic Stay, and Hearing Thereon was also mailed first class mail, postage prepaid, to:

Felecia R Johnson
1014 W. 36Th St.
Baltimore, MD 21211

*/s/ Eric VandeLinde*

Eric VandeLinde , Esq.
MD Fed. Bar No. 21205
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852
Phone: (301) 961-6555
Facsimile: (301) 961-6545
EVandeLinde@aldridgepite.com
*Attorney for the Movant*