Entered: August 17, 2026
Signed: August 17, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

**In re: Case No.: 26−13359 − DER Chapter: 7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Felecia Roshannett Johnson
4137 Cutty Sark Rd.
Middle River, MD 21220

Social Security No.: xxx−xx−4697

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 3/30/26.

The estate of the above−named debtor has been fully administered.

ORDERED, that Craig B. Leavers is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec −** ***MarkRybczynski***